ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2007 JUL 12  PM 3:43

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 4-07CR-098-Y |
| GEORGE CLIFTON HENTHORN (1) | § § | |

INFORMATION

The United States Attorney charges:

Count One
Possession of a Fictitious Obligation With Intent to Pass
(Violation of 18 U.S.C. § 514(a)(2))

On or about June 8, 2006, in the Fort Worth Division of the Northern District of Texas, the defendant, **George Clifton Henthorn**, did knowingly pass, utter, and present a fictitious security with intent to defraud an organization or person, namely, the defendant passed a counterfeited check purportedly drawn on the First Financial Bank of Southlake, Texas account of Slater Concreat, which is a fictitious organization, and the defendant passed the counterfeited check to an employee at Pep Boys in Lake Worth, Texas, and the check was in the amount of $217.85 and was for the purchase of merchandise from Pep Boys. First Financial Bank and Pep Boys are organizations which operated in, or their activities affected, interstate commerce.

**Information - Page 1**

In violation of 18 U.S.C. § 514(a)(2).

RICHARD B. ROPER
UNITED STATES ATTORNEY

*[signature]*

BRET HELMER
Assistant United States Attorney
Texas Bar No. 00793931
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Number: **4-07CR-098-Y**

2007 JUL 12 PM 3:44

CLERK OF COURT

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name: George Clifton Henthorn (1)

   Alias Name: _____

   Address: _____

   County in which offense was committed: _____

2. **U.S. Attorney Information**

   AUSA Bret E. Helmer        Bar # TX Bar No. 00793931

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: Voluntary Surrender

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 514 (a)(2) | Possession of a fictitious obligation with intent to pass | 1 |

Date 7-9-2007        Signature of AUSA: _____