IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TO: All Attorneys of Record Appearing in a Criminal Case Pending Before Judge Terry R. Means

<u>STANDING ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING</u>
**(REVISED December 2006)**[1]

The Court has decided that this case and all criminal cases on the "Y" docket will be enrolled in the Court's Electronic Case Filing ("ECF") system.

Accordingly, it is **ORDERED** that the above-referenced case is hereby **ENROLLED** in the ECF system.

It is further **ORDERED** that, within ten days of the date of notice of this order, all counsel of record who have not already completed the following steps shall:

1. Print and review the ECF Administrative Procedures Manual;

2. Print and review Miscellaneous Order Number 61;

3. Complete the online Attorney Tutorial for ECF Training;

4. Print and review the User Guide; and

5. Complete the Attorney/User Registration Form and forward it to the clerk's office. Once you have received your login and password, you are registered for electronic filing in all divisions and do not need to submit registration forms for any other cases filed in the Northern

---

[1] Latest revision is to pages 1 and 2 which are shaded.

1

>      District of Texas in which you are or become an
>      attorney of record.

This information is located on the Court's website at:

>  http://www.txnd.uscourts.gov/filing/ecf.html

Questions regarding **registration** for the ECF system should be directed to **the Fort Worth ECF Help Desk at 1-800-240-7240** or the **Dallas ECF Help Desk at 1-866-243-2866.**

It is further **ORDERED** that counsel in this case who have not already registered for notice by electronic transmission (e-mail) of all matters filed with the district clerk shall do so within ten days of the date of notice of this order.  Information about how to register for electronic noticing can be found on the Court's website at http://www.txnd.uscourts.gov/records/ens.html.

It is further **ORDERED** that:

1. The electronic record will be the official court record in this case;

2. ==In addition to the federal and local criminal this case will be governed, unless otherwise ordered, by Miscellaneous Order 61, the ECF Administrative Procedures Manual, and the CM/ECF User Guide;==

3. Questions regarding **filing** under the ECF system should be directed to **Bob Barnes at 817-850-6612** or the **Fort Worth Help Desk at 1-800-240-7240**;

4. A paper copy of each document filed electronically must be delivered to the clerk's office within three days of the electronic file date. **The paper copy must be marked "Judge's Copy," must have a copy of the Notice of Electronic**

>    **Filing[2] for that document affixed to the front of the copy, and must be submitted in the form otherwise required by the local rules for conventional filings;**
>
>    **THE COURT WILL NOT BEGIN ITS CONSIDERATION OF THE DOCUMENT UNTIL RECEIPT OF THE PAPER COPY;**

5. Local criminal rule 47.1(c) is modified in that proposed orders must be electronically submitted with **every** motion in WordPerfect or Word format. These orders must be submitted simultaneously with the filing of the motion via e-mail as instructed under the ECF's system's "Proposed Orders" event; and

6. Sealed documents may **not** be electronically filed; rather, all documents required by local criminal rule 55.3(a)(2) must be filed with the clerk by conventional, non-electronic means, including the motion to seal (this constitutes a modification to paragraph III(B) of the CM/ECF Civil and Criminal Administrative Procedures Manual).

It is further **ORDERED** that if an attorney has not yet appeared for Defendant, the government is ORDERED to serve a copy of this order on Defendant's counsel within three days of his entry of appearance.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/be

---

[2] The Notice of Electronic Filing will be automatically received by the filer of each document upon the completion of the electronic filing procedure.

3