IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**O R I G I N A L**

4:07-CR-098-Y

| |
|---|
| **UNITED STATES OF AMERICA** |
| **VS** |
| **GEORGE CLIFTON HENTHORN (1), defendant** |

ORDER OF REFERRAL FOR ARRAIGNMENT AND RECEIPT OF GUILTY PLEA TO INFORMATION

    The above-styled and numbered cause is hereby set for arraignment at 9:00 a.m. on August 1, 2007, before MAGISTRATE JUDGE CHARLES BLEIL. The attorneys for the parties shall ensure that any plea agreement, the factual resume, and any other papers needed for the arraignment are signed and returned to the U.S. attorney's office no later than 12:00 noon two days before the pleas is to be received (e.g., by 12:00 noon on **MONDAY** BEFORE A **WEDNESDAY**-morning plea). By 4:00 p.m. on the same day, the U.S. attorney must email, as an attachment, to Judge Means' court coordinator, Judy Smalling, a copy of any plea agreement and factual resume signed by the defendant and received by the U.S. attorney pursuant to this order. If the U.S. attorney does not email, as an attachment, a copy of any plea agreement and factual resume, <u>this order will be vacated</u>, and the case will be scheduled for trial and a trial scheduling order will be entered.

    Defense counsel shall immediately notify Magistrate Judge Bleil's court coordinator, Debi Dupree, at (817) 850-6697, if an interpreter will be needed at the arraignment.

    SIGNED July 18, 2007.

TRM/jhs

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE