UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
MINUTE ORDER

| | | |
|---|---|---|
| Hearing: | Rearraignment/Guilty Plea at Arraignment Hearing | ORIGINAL |
| Case number: | 4:07-CR-098-Y | |
| Defendant: | GEORGE CLIFTON HENTHORN (1), Sworn | |
| Court Reporter: | Ana Warren | |
| US attorney: | Alan Buie for Bret Helmer | |
| Defense attorney: | Mark L. Watson | |
| Time in Court: | 9:20/9:34 Total 14 minutes | |
| Judge: | HONORABLE Magistrate Judge Charles Bleil | |
| Date of hearing: | August 1, 2007 | |
| Status: | Guilty plea at arraignment held on count(s) one of the one-count Information | |
| Days in Court: | one | |
| Hearing concluded: | Yes | |
| Deputy Clerk: | Charlotte White | |



Consent to Proceed before United States Magistrate signed and filed

GEORGE CLIFTON HENTHORN (1) states the name to be correct

Defendant waived reading the Information.

Waiver of Indictment, filed.

No Plea Agreement

Defendant enters a plea of guilty to count(s) one of the one-count Information.

Factual Resume filed.

Defendant to be sentenced: November 19, 10:30a.m.; PSI Referral Form handed to defendant's attorney; Scheduling Order to follow.

Report of action and Recommendation on Plea by U.S. Magistrate filed

Defendant's bond is continued