ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:07-CR-098-Y |
| | § | |
| GEORGE CLIFTON HENTHORN | § | |

## FACTUAL RESUME

PLEA:   Sole Count of Information:
Possession of a Fictitious Obligation With Intent to Pass
Title 18, United States Code, Section 514(a)(2)

PENALTY:
A. imprisonment of not more than 25 years (Class B Felony, 18 U.S.C. § 3581);
B. a fine not to exceed $250,000, or twice any pecuniary gain to the defendant or loss to the victim;
C. a mandatory term of supervised release of not more than 5 years (18 U.S.C. § 3583(b)(1)), which must follow any term of imprisonment. If Defendant violates the conditions of supervised release, he could serve an additional term of imprisonment;
D. a mandatory special assessment of $100.00.
E. restitution to victims or to the community, which may be mandatory under the law, and which Defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone;

ESSENTIAL ELEMENTS OF THE OFFENSE:

In order to establish the offense alleged in the information, the government must prove the following elements beyond a reasonable doubt:
That on or about the date and location alleged in the indictment,

1. The defendant knowingly possessed a fictitious security with intent to defraud by passing or presenting it to another organization or person;
2. The fictitious security was of an organization that does not exist;

3.  At the time of the offense, the affected organizations operated in, or their activities affected, interstate commerce.

STIPULATION OF FACTS:

1.  On June 8, 2006, the defendant, George Clifton Henthorn, possessed a counterfeited check purportedly drawn on a "Slater Concreat" checking account held at First Financial Bank. The defendant passed the counterfeit check to an employee at Pep Boys located in the city of Lake Worth, in the Northern District of Texas. The defendant wrote this counterfeit check for $217.85 and signed his own name. The check was accepted and the purchase of merchandise was completed by Pep Boys.

2.  No company named Slater Concreat exists. First National Bank and Pep Boys are organizations which operate in, or the activities of which affect, interstate commerce.

SIGNED on this the __8__ day of __June__, 2007.

_____
GEORGE CLIFTON HENTHORN

_____
MARK WATSON
Texas Bar No. __20954800__

**Factual Resume - Page2**