UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORIGINAL

MINUTE ORDER

| | |
|---|---|
| Hearing: | Sentencing |
| Case number: | 4:07-CR-098-Y (1) |
| Defendant: | GEORGE CLIFTON HENTHORN |
| Court Reporter: | Ana Warren |
| Interpreter: | N/A |
| US attorney: | Jay Stevenson Weimer |
| Defense attorney: | Mark L. Watson |
| Time in Court: | 12 mins |
| Judge: | HONORABLE Judge Terry R. Means |
| Date of hearing: | January 2, 2008 |
| Hearing type: | Sentencing non-evidentiary |
| Status: | Guilty plea accepted as to count one of the one-count Information |
| Days in Court: | One |
| Hearing concluded: | Yes |
| Deputy Clerk: | Judy Smalling |
| US probation officer: | Karen L. Collins |

Attorney admissions held: Samuel Roach, St Bar of Texas

The deft is committed to the custody of the FBOP for a total term of 27 months.

NO fine

Restitution: $245,099.35.

The deft is placed on supervised release for a term of five years.

It is ordered that the defendant pay a special assessment of $100 due immediately on count one .

Deft Advised of Right to Appeal

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on February 11, 2008, as notified by the United States marshal or as notified by the probation office.